Marc J. Bourget, Esq., CSB#91848
P.O. Box 4666
Stockton, California 95204-0666
(209) 942-2002
Fax: (209) 337-0244
E-mail: marcbourget@hotmail.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>   vs.<br><br>Steve Nguyen; Trung Nguyen; Qudrat Barekzaie; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:14-CV-02685-JAM-AC<br><br>**STIPULATION TO SET ASIDE DEFAULT and ORDER** |

It is hereby stipulated between Plaintiff, represented by Phyl Grace, Esq., Center for Disability Access, and Defendant, Sukvinder Cheema, represented by Marc J. Bourget, Esq., that Plaintiff's Request for Entry of Default, if entered, be set aside and defendant, Sukvinder Cheema, be allowed to file his responsive pleading.  The parties have agreed that 10 days is a reasonable and sufficient time within which to file Mr. Cheema's responsive pleading.

Dated:  March 9, 2015


_____/s/_____

Marc J. Bourget,  Attorney for Defendant, Cheema

Plaintiff consents to an order setting aside the default.

Dated:  March 9, 2015


_____/s/_____

Phyl Grace, Esq., Attorney for Plaintiff, Johnson.


## ORDER

GOOD CAUSE APPEARING, the default entered against defendant Sukvinder Cheema is set aside.  Defendant has ten (10) days to file and serve his Answer.

Dated: 3/23/2015

/s/ John A. Mendez_____
United States District Court Judge